**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER GRANTING MOTION FOR RELEASE FROM CUSTODY** |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrea Lynn Wolleat, | ) | Case No. 1:26-cr-097 |
| | ) | |
| Defendant. | ) | |

On June 11, 2026, Defendant waived her right to a detention hearing in open court. The court accepted Defendant's waiver and ordered Defendant detained pending trial. (Doc. No. 17).

On July 14, 2026, Defendant filed a Motion for Release from Custody. (Doc. No. 35). Advising that she has secured a placement at the Prairie Recovery Center, she requests to be released to the Prairie Recovery Center on July 20, 2026, so that she can begin treatment.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 35). Defendant shall be released Prairie Recovery center staff at 10:00 AM on July 20, 2026, for transport to the Prairie Recovery Center. Defendant's release shall be subject to the following conditions:

.(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the

1

direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4)     Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to North Dakota.

(5)     Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant shall contact USPO Stephanie Cherney at 701-530-2396 within 24 hours of release.

(6)     Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(7)     Defendant shall report to and reside at the Prairie Recover Center, fully participate in its programming, and comply with all of its rules and regulations.

(8)     Defendant shall not knowingly or intentionally have any direct or indirect contact with witness(es), or co-defendant(s), except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(9)     Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the Prairie Recovery Center and communicate with the Prairie Recovery Center about her progress there.

Any passes from the Prairie Recovery Centermust be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the Prairie Recovery Center, he must immediately surrender to the custody of  the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of his anticipated completion date so the court may schedule a hearing to review Defendant's release status.

If Defendant successfully completes the Prairie Recovery Center's programming, the Pretrial Services Officer may approve Defendant's transition to an appropriate sober living facility.

(10)    Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer.  Failure to submit to a search may be grounds for revocation of her release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(11)    Defendant shall surrender any passport and other foreign travel document(s) to the United States Probation and Pretrial Services Office.

(12)    Defendant shall not obtain a passport and other foreign travel document(s).

(13)    Defendant must report as soon as possible, to the Pretrial Service Office or her supervising Pretrial Services Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

If Defendant cannot be transported to the Prairie Recovery Center as anticipated on July 20, 2026, she shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 14th day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court